United States District Court
Southern District of Texas
**ENTERED**
October 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| BLACK DIAMOND DEVELOPERS, LP, *et al.*, § § § § Plaintiffs, § § VS. § § HOMEOWNERS' ASSOCIATION OF CIMARRON, INC., *et al.*, § § § § Defendants. § | CIVIL ACTION NO. 7:23-CV-00143 |

### ORDER GRANTING PLAINTIFFS' STIPULATION OF DISMISSAL

Before the Court is Plaintiffs BLACK DIAMOND DEVELOPERS, LP and CCC OPERATIONS, LLC's Stipulation of Dismissal with Prejudice. Dkt. No. 75. The Court, having considered the Stipulation, is of the opinion that the Stipulation should be, and hereby is, **GRANTED**.

It is therefore **ORDERED** that Plaintiffs' claims against all remaining Defendants, HOMEOWNERS' ASSOCIATION OF CIMARRON, INC., JOSEPH FELTON PHILLIPS, LARRY FAIR, RICARDO LEE SALINAS, RICHARD ROTH, CARLOS MARTINEZ, and SUSAN GALIK, are **DISMISSED** with prejudice.

SO ORDERED October 1, 2025, at McAllen, Texas.

_____
Randy Crane
Chief United States District Judge